UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DOMINIQUE LAMAR RIVERS (#544280)**

**VERSUS\\**

**LT. JUNEAU, ET AL.**

**CIVIL ACTION**

**NO. 19-371-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 20, 2020 (Doc. 12), to which no objection was filed;

**IT IS ORDERED** that the plaintiff's claims against defendant Col. Hunt are dismissed, without prejudice, for failure of the plaintiff to serve the defendant as required by Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on <u>August 6, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**