# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DOMINIQUE LAMAR RIVERS (#544280)**

**VERSUS\\**

**LT. JUNEAU, ET AL.**

**CIVIL ACTION**

**NO. 19-371-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 14, 2021 (Doc. 23), to which no objection was filed,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (R. Doc. 19), is granted and Plaintiff's federal claims are dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the Court declines to exercise of supplemental jurisdiction in connection with any potential state law claims.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 14, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**